XAVIER BECERRA
Attorney General of California
RICHARD J. ROJO
Supervising Deputy Attorney General
MARK A. BROWN
Deputy Attorney General
State Bar No. 143199
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-2145
  Fax:  (213) 897-2810
  E-mail:  Mark.Brown@doj.ca.gov
*Attorneys for Defendants
State of California [acting through California
Highway Patrol] and California Highway Patrol
Officer Daniel Agee*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETICIA BARRON, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MAURICIO BARRON, DECEASED,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; DANIEL AGEE; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. 2:17-cv-5394<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. SECTION 1441 (b) (FEDERAL QUESTION JURISDICTION); DECLARATION OF MARK A. BROWN IN SUPPORT THEREOF** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant California Highway Patrol Officer Daniel Agee hereby removes to this Court the state action described below under 28 U.S.C. §§ 1331, 1441 and 1446, reserving any and all rights, objections, defenses and exceptions:

1

1.     On March 30, 2017, an action was filed in the Superior Court of the State of California, County of Orange, captioned *Leticia Barron v. State of California, et al., Case No. 30—2017-00911997 – CU-CR-CJC* (the State Action).  True and correct copies of Proof of Service of Summons and Complaint are attached as Exhibit A.  The State of California was the only named defendant.

2.     The original Complaint in the state action alleges causes of action for: (1) 42 U.S.C. Section 1983 [unreasonable search and seizure]; (2) 42 U.S.C. Section 1983 [excessive force]; (3) 42 U.S.C. Section 1983 [denial of medical care]; (4) 42 U.S.C. Section 1983 [substantive due process- interference with familial relations]; (5) false arrest/imprisonment; (6) battery; (7) negligence; and (8) violation of Civil Code section 52.1 [Bane Act].   The civil rights claims are brought against the Doe officers and the state law claims [false arrest/imprisonment; battery; negligence; and violation of Civil Code section 52.1] are brought against the Doe officers and the State of California.  The State of California was the only named defendant and was only named on the state law claims.  California Highway Patrol Officer Daniel Agee was not named as a defendant in the original Complaint.   (Exh. A: Complaint.)

3.     The State of California filed a demurrer to the original Complaint which was set to be heard on July 19, 2017, at 1:30 p.m., in Department C31 of the Orange County Superior Court.  On July 3, 2017, plaintiff Leticia Barron (Plaintiff) filed a First Amended Complaint which named California Highway Patrol Officer Daniel Agee as a defendant.  Officer Agee was named as a defendant on all claims.  True and correct copies of the Summons and First Amended Complaint served on Officer Agee on July 12, 2017 are attached as Exhibit B.

4.     After Plaintiff filed the First Amended Complaint, the State of California took its demurrer off calendar.  A Case Management Conference hearing was heard on July 10, 2017.  The State of California filed and served a Case Management Conference Statement.  Plaintiff filed and served a Case Management Conference

Statement and an Amended Case Management Conference Statement. The Court continued the Case Management Conference until August 8, 2017. On July 19, 2017, defendants State of California and Officer Agee filed and served an Answer to the First Amended Complaint. True and correct copies of the State of California's Demurrer, State of California's Notice of Taking Demurrer Off Calendar, State of California's Case Management Statement, Plaintiff's Case Management Statement, Plaintiff's Amended Case Management Statement, the State of California's Notice of Posting Jury Fees, and Defendants' Answer to First Amended Complaint are attached hereto as Exhibit C. This constitutes all processes, pleadings, and orders delivered to or served on defendants. No further proceedings have occurred in the state action.

5. The first date on which removing defendant California Highway Patrol Officer Agee received a copy of the Summons and First Amended Complaint in the State Action was July 12, 2017. This Notice of Removal is therefore timely under 28 U.S.C. § 1446 (b), because it has been filed within 30 days after service of the summons and complaint.

6. The State Action pleads four claims for violation of Plaintiff's civil rights under 42 U.S.C. section 1983. The State Action is therefore a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343, and which may be removed to this Court under 28 U.S.C. §§ 1441 (b) and (c). There are additional state law claims for false arrest/false imprisonment, battery, negligence, and violation of Civil Code section 52.1 (Bane Act).

7. The defendants in the State Action are the State of California, acting by and through the California Highway Patrol, and California Highway Patrol Officer Agee. Defendants State of California and Officer Agee consent to the removal of the State Action to this Court.

8. Defendants will give written notice of the filing of this Notice of Removal to all parties, and will file a copy of this Notice of Removal with the

3

1 | Superior Court of the State of California, County of Los Angeles, as required by 28
2 | U.S.C. § 1446 (d).

3 |     9.    The undersigned, counsel for defendants State of California, acting by
4 | and through the California Highway Patrol, and California Highway Patrol Officer
5 | Daniel Agee, has read the foregoing and signs this Notice of Removal pursuant to
6 | Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446
7 | (a).

8 |     10.    WHEREFORE, defendants State of California, acting by and through the
9 | California Highway Patrol, and California Highway Patrol Officer Daniel Agee
10 | pray that Action No. 30—2017-00911997-CU-CR-CJC, now pending in the
11 | Superior Court for the State of California, County of Orange, be removed to this
12 | Court.

Dated: July 20, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
RICHARD J. ROJO
Supervising Deputy Attorney General


/s/ Mark A. Brown
MARK A. BROWN
Deputy Attorney General
*Attorneys for defendants State of California [acting through California Highway Patrol] and California Highway Patrol Officer Daniel Agee*

**DECLARATION OF MARK A. BROWN**

I, Mark A. Brown, declare as follows:

1. I am an attorney-at-law, duly authorized to practice before all courts of the State of California and the United States District Court for the Central District of California. I am employed by the Office of the California Attorney General as a Deputy Attorney General. As a Deputy Attorney General, I am responsible for the handling of this action. The facts and matters stated herein are within my personal knowledge and if called as a witness I could and would competently testify thereto.

2. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343, because the complaint raises claims for violations of civil rights under the Constitution and laws of the United States.

3. Removing defendant California Highway Patrol Officer Daniel Agee was not named as a defendant in the original complaint. The first date on which removing defendant Officer Agee received a copy of the summons and amended complaint in the state action was July 12, 2017. This Notice of Removal is therefore timely under 28 U.S.C. § 1446 (b), because it has been filed within 30 days after service of the summons and complaint.

4. The defendants in the state action are the State of California, acting by and through the California Highway Patrol, and California Highway Patrol Officer Daniel Agee. Defendants State of California and Officer Agee consent to the removal of the state action to this Court.

5. Defendants will give written notice of the filing of this Notice of Removal to all parties, and will file a copy of this Notice of Removal with the Superior Court of the State of California, County of Orange, as required by 28 U.S.C. § 1446 (d).

6. Attached as Exhibit A is a true and correct copy of the Summons and Complaint filed March 30, 2017, in the Superior Court of the State of California,

1 | County of Orange, captioned: *Leticia Barron v. State of California, et al.,* Case No.
2 | 30-2017-0091197-CU-CR-CJC.

3 |     7.    Attached as Exhibit B is a true and correct copy of the Summons and
4 | First Amended Complaint, in the Superior Court of the State of California, County
5 | of Orange, captioned: *Leticia Barron v. State of California, et al.,* Case No. 30-
6 | 2017-0091197-CU-CR-CJC, served on Officer Agee on July 12, 2017.

7 |     8.    Attached as Exhibit C are true and correct copies of the following
8 | documents: State of California's Demurrer to the Complaint; State of California's
9 | Notice of Taking Demurrer Off Calendar; State of California's Case Management
10 | Conference Statement; Plaintiff's Case Management Conference Statement;
11 | Plaintiff's Amended Case Management Conference Statement; and State of
12 | California and Officer Agee's Answer to the First Amended Complaint.

13 |     Executed this 20th day of July, 2017, at Los Angeles, California. I declare
14 | under penalty of perjury under the laws of the State of California and the United
15 | States of America that the foregoing is true and correct.

                                        /s/ Mark A. Brown