# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Leticia Barron, etc.

v.

State of California, et al.

Case Number: SACV 17-01275 JVS (KESx)

Judgment was [entered] in this action on ~~1/2/2019~~ 1/3/2019 / 109 against Leticia Barron, etc.
Date / Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Claimed | Original |
|---|---|---|
| Filing fees: see L.R. 54-3.1 | | |
| Fees for service of process: see L.R. 54-3.2 | $00.00** | ~~$1,048.00~~ |
| United States Marshal's fees: see L.R. 54-3.3 | | |
| Reporter's transcripts: see L.R. 54-3.4 | | |
| Depositions: see L.R. 54-3.5 | $00.00** | ~~$11,571.44~~ |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $1,689.31 | ~~$5,774.31~~ |
| Interpreter's and translator's fees: see L.R. 54-3.7 | | |
| Docket fees: see L.R. 54-3.8 | | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | | |
| Other Costs: see L.R. 54-3.12 (attach court order) | | |
| State Court costs: see L.R. 54-3.13 | | |
| Costs on appeal: see L.R. 54-4 | | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | | |
| **TOTAL** | **$1,689.31** | $18,393.75 |

**\*\*Sufficient documentation to support the amounts of each item, such as an invoice, receipt, or other record of the expenditure is NOT attached. Failure to attach sufficient documentation to support an item will constitute grounds for not taxing that item.**

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other

Signature: _/s/ Mark A. Brown_

Print Name: Mark A. Brown

Attorney for: Defendants State of California, et al.

Costs are taxed in the amount of   $1,689.31

Kiry K. Gray         By: Kelly Davis         April 30, 2019
Clerk of Court           Deputy Clerk              Date

| WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Brian Osterhold, Riverside, CA (Trial) | 1 | $40.00 | | | 80.2 | $46.00 | $86.00 |
| Brian Osterhold, Riverside, CA (Deposition) | 1 | $40.00 | | | 110.2 | $68.06 | $108.06 |
| Amanda Anderson, Irvine, CA (Trial) | 1 | $40.00 | | | 12.6 | $6.87 | $46.87 |
| Katie Diffenderfer, Anaheim, CA (Trial) | 1 | $40.00 | | | 51.4 | $28.01 | $68.01 |
| Daniel Rojas, Irvine, CA (Trial) | 1 | $40.00 | | | 13.4 | $7.30 | $47.30 |
| Frank Osterhold, Crestline, CA (Deposition) | 1 | $40.00 | | | 162.8 | $88.73 | $128.73 |
| Mark Osterhold, Crestline, CA (Deposition) | 1 | $40.00 | | | 162.8 | $88.73 | $128.73 |
| Hendrix Yuri, Riverside, CA (Deposition) | 1 | $40.00 | | | 116.4 | $63.44 | $103.44 |
| Karla Barron, Lake Elsinore, CA (Deposition) | 1 | $40.00 | | | 139.6 | $76.08 | $116.08 |
| Stephanie Kodama, Riverside, CA (Deposition) | 1 | $40.00 | | | 103.8 | $56.57 | $96.57 |
| Noela Jaramillo, Riverside, CA (Deposition) | 1 | $40.00 | | | 110 | $59.95 | $99.95 |
| Jeffrey Boxer (Deposition) | 1 | ~~$2,000.00~~ $40.00 | | | | | $40.00 ~~$2,000.00~~ |
| Roger Clark (Deposition) | 1 | ~~$700.00~~ $40.00 | | | | | $40.00 ~~$700.00~~ |
| Officer K. Petersen, Irvine, CA (Trial) | 1 | ~~$275.00~~ $40.00 | | | | | $40.00 ~~$275.00~~ |
| Jamie E. Miller, Santa Ana, CA (Trial) | 1 | ~~$275.00~~ $40.00 | | | | | $40.00 ~~$275.00~~ |
| Stephanie Kodama, Riverside, CA (Trial) | 1 | $40.00 | | | 69.2 | $42.51 | $82.51 |
| Daniel Titel, Irvine, CA (Trial) | 1 | ~~$275.00~~ $40.00 | | | | | $40.00 ~~$275.00~~ |
| Noela Jaramillo, Riverside, CA (Trial) | 1 | $40.00 | | | 63.4 | $38.15 | $78.15 |
| Karla Barron, Lake Elsinore, CA (Trial) | 1 | $40.00 | | | 95.2 | $53.41 | $93.41 |
| Hendrix Yuri, Riverside, CA (Trial) | 1 | $40.00 | | | 75.00 | $85.50 | $125.50 |
| Daniel Titel, Irvine, CA (Deposition) | 1 | $40.00 | | | | | $40.00 |
| Ong-son Kim, M.D., Irvine, CA (Trial) | 1 | ~~$800.00~~ $40.00 | | | | | $40.00 ~~$800.00~~ |
| | | $880.00 | | | | $809.31 | $1,689.31 |
| | | | | | | TOTAL | ~~$5,774.31~~ $1,689.31 |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |

# ITEMIZATION FOR COSTS APPLICATION

## Leticia Barron, etc., Case No. SACV 17-01275 JVS (KESx)

**Attendance at trial fees**:

1. Witness fee for attendance at trial
   for Brian Osterhold, $40.00 pursuant
   to 28 USC section 1821, plus mileage $46.00          $86.00

2. Witness fee for attendance at trial
   for Amanda Anderson, $40.00 pursuant to
   28 USC section 1821, plus mileage $6.86             $46.86

3. Witness fee for attendance at trial
   for Katie Diffenderfer, $40.00 pursuant to
   28 USC section 1821, plus mileage $28.01            $68.01

4. Witness fee for attendance at trial
   for Daniel Rojas, $40.00 pursuant to
   28 USC section 1821, plus mileage $7.30             $47.30

5. Witness fee for attendance at trial
   for Hendrix Yuri, $40.00 pursuant to
   28 USC section 1821, plus mileage $85.50           $125.50

6. Witness fee for attendance at trial
   for Karla Barron, $40.00 pursuant to
   28 USC section 1821, plus mileage $53.41            $93.41

7. Witness fee for attendance at trial
   for Stephanie Kodama, $40.00 pursuant to
   28 USC section 1821, plus mileage $42.51            $82.51

8. Witness fee for attendance at trial
   for Noela Jaramillo, $40.00 pursuant to
   28 USC section 1821, plus mileage $$38.15           $78.15

9. Witness fee for attendance at trial for
   for Daniel Titel, $275.00 pursuant to
   Government Code section 68097.2(b)                 $275.00

10. Witness fee for attendance at trial for
    for Officer K. Petersen, $275.00 pursuant to
    Government Code section 68097.2(b)                $275.00

| | |
|---|---:|
| 11. Witness fee for attendance at trial for Jamie Miller, $275.00 pursuant to Government Code section 68097.2(b) | $275.00 |
| 12. Witness fee for attendance at trial for for Ong-son Kim, M.D., 2 hours at $400 per hour, per agreement with defendants' counsel | $800.00 |

**Attendance at deposition fees:**

| | |
|---|---:|
| 13. Attendance witness fee: deposition of witness Brian Osterhold, $40.00 pursuant to 28 USC section 1821, plus mileage $68.06 | $108.06 |
| 14. Attendance witness fee: deposition of witness Mark Osterhold, $40.00 pursuant to 28 USC section 1821, plus mileage $88.73 | $128.73 |
| 15. Attendance witness fee: deposition of witness Frank Osterhold, $40.00 pursuant to 28 USC section 1821, plus mileage $88.73 | $128.73 |
| 16. Attendance witness fee: deposition of witness Hendrix Yuri, $40.00 pursuant to 28 USC section 1821, plus mileage $63.44 | $103.44 |
| 17. Attendance witness fee: deposition of witness Stephanie Kodama, $40.00 pursuant to 28 USC section 1821, plus mileage $56.57 | $96.57 |
| 18. Attendance witness fee: deposition of witness Noela Marie Jaramillo, $40.00 pursuant to 28 USC section 1821, plus mileage $59.95 | $99.95 |
| 19. Attendance witness fee: deposition of witness Karla M. Barron, $40.00 pursuant to 28 USC section 1821, plus mileage $76.08 | $116.08 |
| 20. Attendance witness fee: deposition of witness Daniel Titel, $40.00 pursuant to 28 USC section 1821, plus mileage $0.00 | $40.00 |

| | | |
|---|---|---|
| 21. | Witness fee: deposition of expert witness Jeffrey Boxer, 4 hours at $500 per hour, Per agreement with plaintiff's counsel | $2,000.00 |

**Costs incurred in connection with oral depositions:**

| | | |
|---|---|---|
| 1. | Witness fee: deposition of expert witness Roger Clark, 2 hours at $350 per hour, per agreement with plaintiff's counsel | $700.00 |
| 2. | Deposition transcript of Roger Clark: | $1,213.00 |
| 3. | Deposition transcript of Daniel Agee: | $1,924.42 |
| 4. | Deposition transcript of Hunter Gerber: | $325.42 |
| 5. | Deposition transcript of Christopher Lane, M.D.: | $187.00 |
| 6. | Deposition transcript of Ong-Son Kim, M.D.: | $186.30 |
| 7. | Deposition transcripts of Hendrix Yuri, Mark Osterhold, Frank Osterhold, Brian Osterhold, and Karla Barron: | $2,005.50 |
| 8. | Deposition transcript of Greg Meyer | $320.50 |
| 9. | Deposition transcript of Rocky Edwards | $247.00 |
| 10. | Deposition transcript of Daniel F. Titel | $489.00 |
| 11. | Deposition transcript of Todd Townley | $343.14 |
| 12. | Deposition transcript of Sydney Molinar | $358.65 |
| 13. | Deposition transcript of Jeffrey Boxer | $2,038.11 |
| 14. | Deposition transcript of Leticia Barron | $568.50 |
| 15. | Deposition transcript of Noela Marie Jaramillo | $533.50 |
| 16. | Deposition transcript of Stephanie Kodama | $497.00 |
| 17. | Deposition transcript of Manuel St. Martin, M.D. | $334.40 |

**Fees for service of process pursuant to F.R. Civ. P. 4 and 45**:

**Trial Subpoenas**

1. Fees for service of process for Karla Barron — $117.00
2. Fees for service of process fees for Jamie Miller — $64.50
3. Fees for service of process fees for Noela Jaramillo — $117.00
4. Fees for service of process fees for Stephanie Kodama and x-attempts — $234.00
5. Fees for service of process fees for Officer K. Petersen — $102.00
6. Fees for service of process fees for Daniel Titel — $102.00
7. Fees for service of process fees for Yong-son Kim, M.D. — $77.50
8. Fees for service of process fees for Brian Osterhold and and x-attempts — $234.00

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | Leticia Barron, et al. v. State of California, et al. | No. | 8:17-cv-1275 JVS-KES |

I hereby certify that on <u>January 10, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPLICATION TO THE CLERK TO TAX COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 10, 2019</u>, at Los Angeles, California.

| M. CAREY | /s/ M.CAREY |
|---|---|
| Declarant | Signature |

53189051.docx