UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LETICIA BARRON,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>        Defendants-Appellees. | No.  19-55127<br>PRO BONO<br><br>D.C. No.<br>8:17-cv-01275-JVS-KES<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

    Upon review of the record and the briefing, this court has determined that the appointment of pro bono counsel in this appeal would benefit the court's review.  The court by this order expresses no opinion as to the merits of this appeal.  The Clerk shall enter an order appointing pro bono counsel to represent appellant for purposes of this appeal only.

    Pro bono counsel shall consult with appellant to determine whether: (1) replacement briefing; or (2) supplemental briefing and appellant's previously filed brief, will be submitted to the judges deciding this appeal.  The court encourages the submission of replacement briefing rather than supplemental briefing.  Appellees shall also file a replacement or supplemental brief, or shall notify the court in writing that appellees stand on the previously filed answering brief.

KD/Pro Bono

Both parties shall state on the cover pages of the briefs whether they are replacement briefs or supplemental briefs. If a replacement brief is filed, the Clerk shall strike the previously tendered brief.

The parties may file replacement or supplemental excerpts of record. If replacement excerpts of record are filed, the Clerk shall strike the previously tendered excerpts. The absence of replacement excerpts of record will be treated as a joinder in the previously submitted excerpts.

Pro bono counsel shall appear at oral argument.

The Clerk shall establish a supplemental/replacement briefing schedule. The appeal is stayed pending further order of this court.

If appellant objects to the court's appointment of counsel in this appeal, appellant shall file a written objection within 14 days after the date of this order.

KD/Pro Bono